RICHARD DRENNON #30101
ISCC E-3-10a
PO BOX 70010
BOISE, IDAHO 83707

PLAINTIFF PRO SE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

SOUTHERN CALENDAR

| | |
|---|---|
| RICHARD DRENNON, ) | CASE NO. 1:25-cv-00216-BLW |
| PLAINTIFF, ) | |
| -vs- ) | MOTION TO TAKE JUDICIAL NOTICE |
| ) | THAT PLAINTIFF HAS NOT RECEIVED |
| IDAHO BOARD OF CORRECTION, et al.) | THE COURT'S INITIAL REVIEW ORDER |
| DEFENDANTS. ) | RE: F.R.E.-201 et seq |

COMES NOW, RICHARD DRENNON, PLAINTIFF PRO SE, PURSUANT TO THE F.R.E.-201 et seq, REQUEST TO TAKE JUDICIAL NOTICE OF THE FACT THAT AS OF THIS DAY PLAINTIFF HAS YET TO RECEIVE THE **HARD-COPY** OF THE COURT'S INITIAL REVIEW ORDER ISSUED ON OR BEFORE MAY 9, 2025, AND THE IMPORTANCE OF RECEIVING THE "HARD-COPY" OF THE INITIAL REVIEW ORDER IS THAT: 1) THE ELECTRONIC VERSION ON THE **LEXIS** LEGAL RESEARCH APP IS TO DIFFICULT FOR PLAINTIFF TO READ CAUSING UNNECESSARY EYE STRAIN; AND 2) THE "HARD-COPY" ALLOWS PLAINTIFF TO "HIGHLITE" PORTIONS OF THE DOCUMENTS FOR REDRESS, AND ALLOWS PLAINTIFF TO MOVE MUCH QUICKER THROUGH THE PAGES WITHOUT CAUSING UNNECESSARY NEUROPATHY PAIN IN HIS FINGERS AND HANDS.

PLAINTIFF IS UNSURE IF THE DOCUMENT WAS NOT TIME SENT OR IF THE ISCC FACILITY IS WITHHOLDING THE DOCUMENT FROM PLAINTIFF. IN EITHER EVENT, THE COURT PLACED A DEADLINE THAT MUST BE MET AND THE DELAY DEPRIVES PLAINTIFF OF THE NEEDED TIME TO RESPOND TO THE INITIAL ORDER.

RESPECTFULLY, SUBMITTED ON THIS 14th DAY OF MAY, 2025.

_____
RICHARD DRENNON-PLAINTIFF PRO SE

CERTIFICATE OF E-FILING

I HEREBY CERTIFY THAT ON THIS 14th DAY OF MAY, 2024, I PLACED THE ORIGINAL OF THE FOREGOING <u>MOTION TO TAKE JUDICIAL NOTICE THAT PLAINTIFF HAS NOT RECEIVED THE COURT'S INITIAL REVIEW ORDER</u> INTO THE ISCC LEGAL MAIL BOX FOR THE ISCC ACCESS TO COURT PARALEGAL TO E-FILE TO THE U.S. DISTRICT AND TO RETURN ORIGINAL TO ME.

_____
RICHARD DRENNON